UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60126-CIV-ZLOCH

ANA MARIA SIERRA,

      Plaintiff,

vs.                                          **DEFAULT FINAL JUDGMENT**

UNITED INVESTORS GROUP, INC.
and ANDRES MUNOZ,

      Defendants.

_____/

    THIS MATTER is before the Court upon Plaintiff Ana Marie Sierra's Motion For Entry Of Final Default Judgments Against Defendants United Investors Group, Inc. and Andres Munoz (DE 9). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that on or about February 11, 2008, the Defendant United Investors Group, Inc. was duly served through an authorized representative with a copy of the Summons and Complaint filed herein (DE 5), and that said Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law.  Further, on or about February 13, 2008, the Defendant Andres Munoz was duly served through an authorized representative with a copy of the Summons and Complaint filed herein (DE 7), and that said Defendant has failed to file the appropriate Motion or responsive pleading within the time prescribed by law.

    By prior Orders, the Court entered a Default against Defendant

United Investors Group, Inc (DE 6) and Defendant Andres Munoz (DE 8).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has personal jurisdiction over the parties hereto and the subject matter herein;

2. Plaintiff Ana Marie Sierra's Motion For Entry Of Final Default Judgments Against Defendants United Investors Group, Inc. and Andres Munoz (DE 9) be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Ana Marie Sierra and against Defendants United Investors Group, Inc. and Andres Munoz;

4. Plaintiff Ana Marie Sierra does have and recover from Defendants United Investors Group, Inc. and Andres Munoz the amount of $16,128.00, calculated as $8,064.00 in unliquidated damages and $8,064.00 in liquidated damages, together with interest thereon from the date of this Default Final Judgment at the rate of 1.60% per annum, for all of which let execution issue;

5. The Court shall retain jurisdiction solely for the purpose of entertaining a separate Motion For Attorney's Fees in accordance with Local Rule 7.3(A) of the Southern District of Florida, together with all necessary exhibits and affidavits;

6. On or before <u>noon</u> on <u>Monday, April 7, 2008</u>, Plaintiff shall

2

file said Motion For Attorney's Fees; and

     7. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of April, 2008.


_____
WILLIAM J. ZLOCH
United States District Judge


Copies furnished to:

All Counsel of Record